UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT RIVERA

       Petitioner,

-vs-                                           Case No. 8:01-cv-1117-T-17MSS

STATE OF FLORIDA,

       Respondent.

_____

**ORDER**

The Court denied Petitioner's motion for relief from judgment and memorandum of points (Doc. No. 26) because the United States Court of Appeals for the Eleventh Circuit has heard Petitioner's appeal and denied his request for a certificate of appealability.

Petitioner has now filed a Notice of Appeal and an application for certificate of appealability. To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test.

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

Accordingly, the Court orders:

That Petitioner's application for certificate of appealability (Doc. No. 29) is denied.

ORDERED in Tampa, Florida, on November 16, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record

Vincent Rivera